UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MUSTAFA MAHADI,

                              Plaintiff,

   -against-

JOHNSON CONTROLS, INC.,

                              Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 0798 (SJ)

       A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on December 14, 2004, granting defendant's motion to dismiss; dismissing plaintiff's Title VII claims with prejudice; and directing the Clerk of Court to enter a final judgment of dismissal; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted; that plaintiff's Title VII claims are dismissed with prejudice; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
         November 21, 2005

                                                            ROBERT C. HEINEMANN
                                                            Clerk of Court